# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 1, 2025

Lyle W. Cayce
Clerk

No. 24-40626

Safealdean Alusi,

*Plaintiff—Appellant*,

*versus*

City of Frisco, Texas,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CV-397

Before Smith, Graves, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Appellant Safealdean Alusi, an ethnic Iraqi, sued the City of Frisco after being terminated from his position as a City firefighter. Based on alleged national origin discrimination, Alusi brought federal claims for a hostile work environment, unlawful termination, and retaliation.

The district court granted the City's motion for summary judgment, ruling Alusi made no prima facie case as to any claim. Alusi appeals.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40626

    We have reviewed the briefs, the record, and the applicable law and have heard oral argument. We find no reversible error.

AFFIRMED.